| | |
|---|---|
| | JS-6 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TURNER'S OUTDOORS INC., a California corporation; BRIAN C. DONALDSON AND KAREN D. DONALDSON, individually and as trustees of the BRIAN C. AND KAREN E DONALDSON FAMILY TRUST DATED AUGUST 30, 1983; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-08477-RGK-E<br><br>**[PROPOSED] ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Turner's Outdoors Inc., Brian C. Donaldson and Karen D. Donaldson ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: December 23, 2019

*Gary Klausner*

UNITED STATES DISTRICT COURT JUDGE